THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:15-CV-00034-FL

| | |
|---|---|
| CHRISTOPHER JENKINS, on behalf of himself and all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>THE MOSES H. CONE MEMORIAL HEALTH SERVICES CORPORATION; THE MOSES H. CONE MEMORIAL HOSPITAL, INCORPORATED; THE MOSES H. CONE MEMORIAL HOSPITAL; THE MOSES H. CONE MEMORIAL HOSPITAL OPERATING CORPORATION; AVECTUS HEALTHCARE SOLUTIONS, LLC,<br>Defendants. | |

## **CONSENT ORDER TO STAY**

This Matter coming before the Court on a Consent Motion to Stay all proceedings in this matter, including discovery among the parties, depositions, the Rule 26(f) conference, and any briefing on Defendants' Motions to Dismiss, until the Court first addresses the jurisdictional issues raised in Plaintiffs' forthcoming Motion to Remand, and for good cause shown, the Motion is GRANTED;

NOW THEREFORE, IT IS ORDERED THAT with the consent of the Parties all proceedings in this matter, including discovery among the parties, depositions, the Rule 26(f) conference, and any briefing on Defendants' Motions to Dismiss are stayed until twenty-one (21) days after the Court rules on Plaintiff's Motion to Remand or upon further order of this Court, whichever first occurs. All deadlines and time periods under the Federal Rules of Civil

Procedure and this District's Local Rules are tolled during the stay except for those applicable to the Motion to Remand.

This the 17th day of February, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge